Dorsey McMAHAN, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz Island, California, Appellee.

No. 11595.

Circuit Court of Appeals, Ninth Circuit.

Sept. 4, 1947.

Dorsey McMahan, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This appeal is from a judgment denying appellant's fourth petition for a writ of habeas corpus. The judgment of the District 'Court is affirmed on the authority of Swihart v. Johnston, 9 Cir., 150 F.2d 721; Garrison v. Johnston, 9 Cir., 151 F.2d 1011; Wilson v. Johnston, 9 Cir., 154 F.2d 111; McMahan v. Johnston, 9 Cir., 157 F.2d 915; Price v. Johnston, 9 Cir., 161 F.2d 705.